UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORAN VICTOR FERREL GONZALES, ) | NO. EDCV 11-01317 MMM (SS) |
| Petitioner, ) | **ORDER ACCEPTING FINDINGS,** |
| v. ) | **CONCLUSIONS AND RECOMMENDATIONS OF** |
| LELAND MCEWEN, Warden, ) | **UNITED STATES MAGISTRATE JUDGE** |
| Respondent. ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections. After having made a <u>de novo</u> determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

\\

\\

\\

\\

\\

**IT IS ORDERED** that the Petition is denied and Judgment shall be entered dismissing this action with prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Petitioner and counsel for Respondent.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 24, 2012

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE